BULLOCK v. MENU FOODS INC. et al                                                                                          Doc. 2
Case 1:07-cv-01579-NLH-AMD   Document 2   Filed 04/05/2007   Page 1 of 5
Case 1:33-av-00001   Document 821-3   Filed 04/04/2007   Page 1 of 3

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __NEW JERSEY__

JIM BULLOCK, on behalf of himself and all others similarly situated,

v.

MENU FOODS, INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND and MENU FOODS LIMITED

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv1579(NLH)

TO: (Name and address of Defendant)

MENU FOODS, INC.
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

Additional defendants on attachment

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PINILIS
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**                                     4/5/07

CLERK                                                    DATE

(By) DEPUTY CLERK

Dockets.Justia.com

## ATTACHMENT TO SUMMONS

MENU FOODS LIMITED
8 Falconer Dr.
Mississauga, ON, L5N 1B1

MENU FOODS MIDWEST CORPORATION
P.O. Box 1046
1400 East Logan Ave.
Emporia, KS 66801

MENU FOODS INCOME FUND
8 Falconer Dr.
Mississauga, ON, L5N 1B1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

JIM BULLOCK, on behalf of himself and all others similarly situated,

V.

MENU FOODS, INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND and MENU FOODS LIMITED

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07CV 1579 (NLH)

TO: (Name and address of Defendant)

MENU FOODS, INC.
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

Additional defendants on attachment

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PINILIS
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**       4/5/07

CLERK                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

JIM BULLOCK, on behalf of himself and all others similarly situated,

V.

MENU FOODS, INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND and MENU FOODS LIMITED

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07CV1579(NLH)

TO: (Name and address of Defendant)

MENU FOODS, INC.
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

Additional defendants on attachment

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PINILIS
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**           4/5/07

CLERK                                        DATE

(By) DEPUTY CLERK

⚹AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

| | |
|---|---|
| JIM BULLOCK, on behalf of himself and all others similarly situated,<br><br>V.<br><br>MENU FOODS, INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND and MENU FOODS LIMITED | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 07CV1579(NLH) |

TO: (Name and address of Defendant)

    MENU FOODS, INC.
    9130 Griffith Morgan Lane
    Pennsauken, NJ 08110

    Additional defendants on attachment

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    WILLIAM J. PINILIS
    KAPLAN FOX & KILSHEIMER LLP
    237 South Street
    Morristown, NJ 07962

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**            4/5/07

CLERK                                                          DATE

(By) DEPUTY CLERK