Gerard H. Hanson, Esq.
Hill Wallack LLP
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 734-6390
Attorneys for Defendants
Menu Foods, Inc., Menu Foods Limited,
Menu Foods Income Fund, and
Menu Foods Midwest Corporation

and

Edward B. Ruff, III, Esq.
Michael P. Turiello, Esq.
Pretzel & Stouffer, Chartered
One South Wacker Dr., Suite 2500
Chicago, IL 60606-4673
(312) 578-7458
Pro Hac Vice Attorneys for Menu Foods Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIM BULLOCK, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Civil Action No.: 07-cv-01579 (NLH) (AMD) |
| v. | |
| MENU FOODS INC.; MENU FOODS MIDWEST CORPORATION; MENU FOODS INCOME FUND; and MENU FOODS LIMITED, | CORPORATE DISCLOSURE STATEMENT |
| Defendants | |

1.     Menu Foods Limited is an Ontario, Canada corporation with its principal place of business in Streetsville, Ontario, Canada.  Menu Foods Corporation owns 10% or more of Menu Foods Limited's stock.

{F:\wdox\docs\014210\00001\01586356.DOC; 1}

Dockets.Justia.com

2.    Menu Foods, Inc. is a New Jersey corporation with its principal place of business in Pennsauken, New Jersey. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods, Inc.'s stock.

3.    Menu Foods Midwest Corporation is a Delaware corporation with its principal place of business in Emporia, Kansas. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods Midwest Corporation's stock.

Hill Wallack LLP

By: _____

Gerard H. Hanson